## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL BURBRIDGE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ADTRAN, INC., THOMAS R. STANTON, MICHAEL FOLIANO, and ROGER D. SHANNON, <br><br> Defendants. | Case No. 1:19-cv-09619-LGS |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF MICHAEL BURBRIDGE'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF LEAD COUNSEL</u>**

I, Gregory B. Linkh, hereby declare as follows:

1.      I am a partner with the law firm Glancy Prongay & Murray LLP, counsel for lead plaintiff movant Michael Burbridge ("Movant") and [proposed] lead counsel for the class in the above-captioned action.  I make this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:   Press release published October 17, 2019 on *Business Wire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B:   Signed PSLRA Certification of Movant;

Exhibit C:   Table of Movant's calculated losses, as a result of transactions in ADTRAN, Inc. securities; and

Exhibit D:   Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 16th day of December, 2019.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On December 16, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 16, 2019.


*/s/ Gregory B. Linkh*
Gregory B. Linkh