# EXHIBIT C

## Loss Chart

**Company Name:** ADTRAN, Inc.
**Ticker:** ADTN
**Class Period:** February 28, 2019 to October 9, 2019
**Name:** Michael Burbridge

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 5/22/2019 | 500 | $16.4197 | -$8,209.8500 | | $0.0000 | -$8,209.85 |
| 5/22/2019 | -100 | | $0.0000 | $16.2500 | $1,625.0000 | $1,625.00 |
| 5/22/2019 | -300 | | $0.0000 | $16.2600 | $4,878.0000 | $4,878.00 |
| 5/22/2019 | -100 | | $0.0000 | $16.2700 | $1,627.0000 | $1,627.00 |
| 7/18/2019 | 500 | $14.0500 | -$7,025.0000 | | $0.0000 | -$7,025.00 |
| 7/18/2019 | 500 | $12.2500 | -$6,125.0000 | | $0.0000 | -$6,125.00 |

**Shares Remaining:** **1,000**

|  | | | **90-Day Average Price** | **Shares Remaining** | **Subtotal:** | **-$13,229.85** |
|---|---|---|---|---|---|---|
| | | | $9.2493 | 1,000 | **90-Day Average:** | $9,249.35 |
| | | | | | **Total:** | **-$3,980.50** |

The 90-Day Average Price used in this loss chart is the average closing price between October 10, 2019 and December 13, 2019