UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MICHAEL BURBRIDGE, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>ADTRAN, INC., THOMAS R. STANTON, MICHAEL FOLIANO, and ROGER D. SHANNON,<br><br>                    Defendants. | Civil Action No.  1:19-cv-09619<br><br><u>CLASS ACTION</u> |

**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF MOTION OF REZA ADHAMI, PH.D. TO APPOINT LEAD PLAINTIFF AND APPROVE SELECTION OF LEAD COUNSEL**

I, Lucas E. Gilmore, declare as follows:

1.      I am an attorney at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for Reza Adhami, Ph.D. ("Dr. Adhami" or "Movant").  I am an attorney licensed to practice law in the State of California.  I make this declaration in support of Movant's Motion to Appoint as Lead Plaintiff and Approve of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

      Exhibit A:      Movant's sworn Certification;

      Exhibit B:      Chart of Movant's estimated loss;

Exhibit C:    Notice of pendency of class action published in *BusinessWire*, a

national business-oriented wire service, on October 17, 2019;

Exhibit D:    Hagens Berman's firm résumé; and

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed this 16th day of December 2019, at San Diego,

California.

/s/ Lucas E. Gilmore
LUCAS E. GILMORE

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Jason A. Zweig*
JASON A. ZWEIG