# Exhibit A

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAW

The individual or institution listed below ("Plaintiff") declares as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed a complaint alleging securities fraud against ADTRAN, Inc. and various of its officers and directors, and authorized its filing.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel in order to participate in this private action or any other litigation under the federal securities law.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

| Acquisitions | Date Acquired | No. Shares Acquired | Acquisition Price Per Share |
|---|---|---|---|
| ADTN | ---------------------------- | Please see attached. | -------------------------- |
| | | | |
| | | | |
| | | | |
| | | | |
| Sales | Date Sold | No. Shares Sold | Selling Price Per Share |
| ADTN | ---------------------------- | Please see attached. | -------------------------- |
| | | | |
| | | | |
| | | | |
| | | | |

5.      During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in the following actions filed under the federal securities laws except as detailed below:  none _____.

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiffs' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By:  _Reza Adhami_____
      DocuSigned by:
      44D5F65A2473442c
     (Signature of Representative Plaintiff)

Date Signed:   Sep 3, 2019 | 6:06 AM PDT

Name (print):   Reza Adhami

**Reza Adhami - ADTRAN, Inc. (ADTN)**
**Class Period 02/28/19 - 10/09/19**

| PURCHASES | | | SALES | | |
|---|---|---|---|---|---|
| Date | Shares | Share Price | Date | Shares | Share Price |
| 07/18/19 | 1,000 | $12.7400 | 07/23/19 | 3,000 | $11.2600 |
| 07/18/19 | 1,000 | $14.0300 | 08/14/19 | 2,000 | $10.9200 |
| 07/18/19 | 1,000 | $15.4000 | 08/26/19 | 1,000 | $10.1100 |
| 07/24/19 | 1,000 | $11.1300 | | | |
| 07/24/19 | 1,000 | $11.1700 | | | |
| 07/25/19 | 1,000 | $11.1000 | | | |

6,000                    6,000