# Exhibit B

**Loss Analysis for Reza Adhami - ADTRAN, Inc. (ADTN)**
**Class Period 02/28/19 - 10/09/19**

| | PURCHASES | | | | | SALES | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period Purchases | 07/18/19 | 1,000 | $12.7400 | $12,740.00 | | 07/23/19 | 3,000 | $11.2600 | $33,780.00 |
| | 07/18/19 | 1,000 | $14.0300 | $14,030.00 | | 08/14/19 | 2,000 | $10.9200 | $21,840.00 |
| | 07/18/19 | 1,000 | $15.4000 | $15,400.00 | | 08/26/19 | 1,000 | $10.1100 | $10,110.00 |
| | 07/24/19 | 1,000 | $11.1300 | $11,130.00 | | | | | |
| | 07/24/19 | 1,000 | $11.1700 | $11,170.00 | | | | | |
| | 07/25/19 | 1,000 | $11.1000 | $11,100.00 | | | | | |
| Post Class Purchases | | | | | Post Class Sales | | | | |

| Total Shares Acquired in CP | 6,000 | Total Amount Paid in CP | $75,570.00 | | Total Shares Sold in CP | 6,000 | Total Amount Sold in CP | $65,730.00 | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 | |
| | | | | | Total Shares Sold to Current | 6,000 | Total Amount Sold to Current | $65,730.00 | ALTERNATIVE |

Actual Net Shares Acquired in CP — (CP Retained Shares)

| | | |
|---|---|---|
| Net Amount Paid in CP | $9,840.00 | |
| Net Amount Paid in CP Minus Sold to Current Date | $9,840.00 | ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| | | |
|---|---|---|
| Net Shares Acquired in CP (CP Retained Shares) | 0 | Automatically 0 if Negative |
| Net Shares Acquired During Class Period Held to Current Date | 0 | Automatically 0 if Negative (ALTERNATIVE) |

90-Day Mean Share Price after last Day of CP — $9.25

| | | |
|---|---|---|
| Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $0.00 | |
| Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $0.00 | ALTERNATIVE |
| Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | $9,840.00 | ALTERNATIVE |

| | | |
|---|---|---|
| Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | $9,840.00 | |
| Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | $9,840.00 | ALTERNATIVE |