- 1 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL BURBRIDGE, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>v.<br><br>ADTRAN, INC., THOMAS R. STANTON, MICHAEL FOLIANO, and ROGER D. SHANNON,<br><br>           Defendants. | Civil Action No. 1:19-cv-09619<br><br>CLASS ACTION |

**MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION
OF REZA ADHAMI, PH.D. TO APPOINT LEAD PLAINTIFF
AND APPROVE SELECTION OF LEAD COUNSEL**

- 1 -

Reza Adhami, Ph.D. ("Dr. Adhami") files this memorandum in further support of Dr. Adhami's motion for appointment as Lead Plaintiff pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); approval of his selection of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for the class; and in opposition of the competing motion of Michael Burbridge ("Burbridge").

## I.   ARGUMENT

Two class members, Dr. Adhami and Burbridge, have moved for appointment as Lead Plaintiff and approval of their counsel as Lead Counsel. *See* ECF Nos. 11, 15.  Dr. Adhami, however, has by far the "largest financial interest in the relief sought by the class" and is the only movant that "otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure."  15 U.S.C. §§ 78u-4 (a) (3) (B) (iii) (I) (aa) - (cc).  With there being no facts, let alone proof, that Dr. Adhami, the presumptive lead plaintiff, "will not fairly and adequately protect the interests of the class" or is otherwise subject to "unique defenses" that that undermine Dr. Adhami's ability to represent the class, Dr. Adhami should be appointed lead plaintiff. *Benival v. Avon Products, Inc.*, No. 1:19-cv-01420-(CM, 2019 WL 2497739, at *1 (S.D.N.Y. June 3, 2019) (applying PSLRA's two-step competitive process for determining which of the moving plaintiffs is most adequate).

*First*, Dr. Adhami's losses are $9,480.00 for the Class Period, February 28, 2019 through October 9, 2019, inclusive.  ECF No. 16-2 at 2.  Burbridge's claimed losses are less than half as much, at $3,980.50.  ECF No. 13-3 at 2.  So too, Dr. Adhami bought 6,000 shares during the Class Period spending over $75,500.00 (ECF No. 16-2 at 2), while Burbridge bought only 1,500 shares spending about $14,000.  ECF No. 13-3 at 2.

***Second***, only Dr. Adhami has offered any information to the Court to satisfy a *prima facie* showing that he is a typical and adequate class representative under Rule 23 of the Federal Rules of Civil Procedure ("Rule 23").  15 U.S.C. § 78u-4(a)(3)(B)(iii)(I): Dr. Adhami, a Professor Emeritus and Research Professor in the Electrical & Computer Engineering Department of the University of Alabama in Huntsville, Alabama, is a sophisticated retail investor.  *See* ECF No. 15 at 3.  Given his financial interest and educational background, Dr. Adhami has both the incentive and ability to supervise and monitor counsel.

On the other hand, nothing is known about Burbridge.  No information is proffered by his counsel whatsoever that would allow a competing movant to do the most cursory investigation of Burbridge, let alone make a preliminary determination that Burbridge could fairly or adequately represent the class, or monitor counsel.  *Karp v. Diebold Nixdorf, Inc.*, No. 1:19-cv-06180-LAP, 2019 WL 5587148, at *5 (S.D.N.Y. Oct. 30, 2019), adhered to on reconsideration, No. 1:19–cv-06180-LAP, 2019 WL 6619351 (S.D.N.Y. Dec. 5, 2019) (individual investor denied lead plaintiff status for failing "to provide enough information to make a preliminary showing of adequacy under Rule 23.").

Accordingly, Dr. Adhami has both the "largest financial interest" in the case, has made a *prima facie* showing that he satisfies the requirements of Rule 23.  With there being no evidence rebutting the presumption that Dr. Adhami should serve as lead plaintiff, the Court should appoint him Lead Plaintiff.

## II.    CONCLUSION

For the foregoing reasons, Dr. Adhami respectfully requests that the Court: (1) appoint Dr. Adhami as Lead Plaintiff pursuant to the PSLRA; (2) approve Dr. Adhami's selection of Hagens Berman to serve as Lead Counsel for the putative/proposed Class; and (3) grant such

other and further relief as the Court may deem just and proper.


DATED: December 30, 2019            Respectfully submitted,

                                    HAGENS BERMAN SOBOL SHAPIRO LLP

                                    By */s/ Jason A. Zweig*
                                        JASON A. ZWEIG, JZ-8107

                                    555 Fifth Avenue, Suite 1700
                                    New York, NY 10017
                                    Telephone: (212) 752-5455
                                    Facsimile:  (917) 210-3980
                                    jasonz@hbsslaw.com

                                    Reed R. Kathrein
                                    Lucas E. Gilmore
                                    Danielle Smith
                                    HAGENS BERMAN SOBOL SHAPIRO LLP
                                    715 Hearst Avenue, Suite 202
                                    Berkeley, CA  94710
                                    Telephone: (510) 725-3000
                                    Facsimile:  (510) 725-3001
                                    reed@hbsslaw.com
                                    lucasg@hbsslaw.com
                                    danielles@hbsslaw.com

                                    Steve W. Berman
                                    HAGENS BERMAN SOBOL SHAPIRO LLP
                                    1301 Second Avenue, Suite 2000
                                    Seattle, WA  98101
                                    Telephone: (206) 623-7292
                                    Facsimile:  (206) 623-0594
                                    steve@hbsslaw.com

                                    *Counsel for [Proposed] Lead Plaintiff*
                                    *Reza Adhami, Ph.D.*

- 4 -

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Jason A. Zweig*
JASON A. ZWEIG

- 1 -