

January 3, 2020

**<u>VIA ECF FILING</u>**
The Honorable Lorna G. Schofield
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      **Re: *Burbridge v. ADTRAN, Inc. et al.*, No. 1:19-cv-09619-LGS (S.D.N.Y.);
Response to Defendants' Request to Transfer of Venue (ECF No. 17)**

Dear Judge Schofield:

      We are counsel for lead plaintiff movants Michael Burbridge and Reza Adhami, Ph.D. (collectively, "Lead Plaintiff Movants").  We write jointly to the Court pursuant to the December 24, 2019 Minute Order regarding Defendants' request to transfer of venue. ECF No. 19.

      After further review, Lead Plaintiff Movants do not oppose Defendants' request to transfer this action to the United States District Court for the Northern District of Alabama.

                     Respectfully submitted,

| | |
|---|---|
| HAGENS BERMAN SOBOL SHAPIRO LLP | GLANCY PRONGAY & MURRAY LLP |
| By */s/ Jason A. Zweig* | By */s/ Gregory B. Linkh* |
| JASON A. ZWEIG, JZ-8107 | GREGORY B. LINKH, GL-0477 |
| 555 Fifth Avenue, Suite 1700 | 230 Park Avenue, Suite 530 |
| New York, NY 10017 | New York, NY 10168 |
| Telephone: (212) 752-5455 | Telephone: (212) 682-5340 |
| Facsimile:  (917) 210-3980 | Facsimile:  (212) 884-0988 |
| jasonz@hbsslaw.com | glinkh@glancylaw.com |
| | |
| Reed R. Kathrein | Robert V. Prongay |

January 3, 2020
Page 2

Lucas E. Gilmore
Danielle Smith
HAGENS BERMAN SOBOL
    SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com

lucasg@hbsslaw.com
danielles@hbsslaw.com

Steve W. Berman
HAGENS BERMANS SOBOL
    SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for Movant*
*Reza Adhami, Ph.D.*

Charles H. Linehan
Pavithra Rajesh
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160

*Counsel for Plaintiff and Movant Michael*
*Burbridge*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

/s/ Jason A. Zweig
JASON A. ZWEIG