UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL BURBRIDGE, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>v.<br><br>ADTRAN, INC., THOMAS R. STANTON, MICHAEL FOLIANO, and ROGER D. SHANNON,<br><br>                              Defendants. | Civil Action No.  1:19-cv-09619<br><br><u>CLASS ACTION</u> |

**DECLARATION OF REED R. KATHREIN IN FURTHER SUPPORT OF MOTION OF REZA ADHAMI, PH.D. TO APPOINT LEAD PLAINTIFF AND APPROVE SELECTION OF LEAD COUNSEL**

I, Reed R. Kathrein, declare as follows:

1.      I am a Partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for Reza Adhami, Ph.D. ("Dr. Adhami" or "Movant").  I am an attorney licensed to practice law in the States of California, Illinois and Florida.  I make this declaration in further support of Movant's Motion to Appoint as Lead Plaintiff and Approve of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:     ADTRAN Stock Prices from 7/17/2019 through 7/22/2019;

Exhibit B:     Jefferies Equity Research Report, "Deutsche Telekom Bugaboo – Hold Rating" (July 18, 2019);

- 1 -

Exhibit C:    MKM Partners Report, "With DT Pause and E&O Review, ADTN Has Become a Show-Me Story, but Sell Off Was Overdone" July 19, 2019);

Exhibit D:    UBM India Pvt Ltd., "Deutsch Telekom Cuts Adtran Spending After 5G Spectrum Splurge" (July 22, 2019);

Exhibit E:    ADTRAN prices during the Class Period; and

Exhibit F:    Comparison of Dr. Adhami's and Burbridge's July 18, 2019 trades.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 6th day of January 2020 in Berkeley, California.

*/s/ Reed R. Kathrein*
REED R. KATHREIN

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Jason A. Zweig*
JASON A. ZWEIG
