# Exhibit B

# Jefferies

**EQUITY RESEARCH**
**ADTRAN, Inc. (ADTN)**

## ADTRAN
## Deutsche Telekom Bugaboo – Hold Rating

July 18, 2019

### Key Takeaway

**We're keeping our Hold rating on Adtran shares. Setting the Deutsche Telekom issues aside, we still think it's hard to see the organization driving significantly higher EPS power over time.**

**Deutsche Telekom Bugaboo – Poor Q3 Guidance...** Looking at Q3, Adtran is guiding for $130-150 million in sales. That's a big shortfall (Street = $160.1 million). They're indicating that Deutsche Telekom spent too much on recent 5G spectrum auctions and it's impacting their current spending plans. Adtran expects the slow spending at DT to remain through the end of the year. Frankly, the Q3 guidance is even more disappointing as many investors thought that the company was set up for nice 2H'19 growth. It seems that projects at NBN, Telmex, CenturyLink, and the Cable MSOs aren't back-filling for the softer DT spending.

**Structural Headwinds with North American Telcos…** We've articulated this in the past… Our fear is that the core business remains pressured by the difficult competitive and financial situations at significant accounts like CenturyLink, Windstream, and Frontier. Adtran's $75 million domestic sales result for Q3 remained consistent with the depressed North American results they've been reporting recently – particularly in light of the recent acquisitions (which should be primarily domestic revenue).

**Gross Margins Aren't Going Back to Historical Levels…** We've stated this previously as well… We believe that their margin performance is directly tied to the health of their North American business. As a result, it's hard to see Adtran really breaking out of the current profitability range they're generating.

**Reducing Estimates – PT to $13.50…** We're reducing our 2020 revenue and EPS projections from $625 million and $0.40 to $586 million and $0.30, respectively. Our Price Target is now $13.50, or 1.5x tangible book. We continue to rate the shares a Hold.

| Target \| Estimate Change | |
| --- | --- |
| RATING | HOLD |
| PRICE | $12.20^ |
| MARKET CAP | $584.4M |
| PRICE TARGET (PT) | $13.50 (FROM $14.50) |
| UPSIDE SCENARIO PT | $16.00 |
| DOWNSIDE SCENARIO PT | $10.00 |

^Prior trading day's closing price unless otherwise noted.

| FY Dec | 2017A | 2018A | 2019E | 2020E |
| --- | --- | --- | --- | --- |
| EPS ($) | 0.89 | (0.31) | ↑ 0.30 | ↓ 0.30 |
| *Previous* | | | *0.20* | *0.40* |
| FY P/E | 13.7x | NM | 40.7x | 40.7x |

George C. Notter *
Equity Analyst
(415) 229-1522
gnotter@jefferies.com

Kyle McNealy *
Equity Analyst
(415) 229-1528
kmcnealy@jefferies.com

Steven Sarver *
Equity Associate
(415) 229-1520
ssarver@jefferies.com

**Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 8 to 13 of this report.**

* Jefferies LLC / Jefferies Research Services, LLC

Provided for the exclusive use of Robert Jigarjian on 20-Dec-2019 11:59 PM

# Jefferies

## ADTRAN (ADTN)

| Estimates | | | | |
|---|---|---|---|---|
| $ | 2017A | 2018A | 2019E | 2020E |
| Rev. (MM) | 666.6 | 529.3 | ⬇ 573.8 | ⬇ 585.7 |
| *Previous* | | | 609.0 | 624.4 |
| EPS | | | | |
| Q1 | 0.18 | (0.29) | 0.10A | ⬇ 0.01 |
| *Previous* | | | | *0.02* |
| Q2 | 0.30 | (0.10) | ⬆ 0.14A | ⬇ 0.12 |
| *Previous* | | | *0.03* | *0.15* |
| Q3 | 0.37 | 0.21 | ⬇ 0.06 | ⬇ 0.14 |
| *Previous* | | | *0.10* | *0.18* |
| Q4 | 0.05 | (0.12) | ⬆ (0.01) | ⬇ 0.04 |
| *Previous* | | | *(0.03)* | *0.05* |
| FY Dec | 0.89 | (0.31) | ⬆ 0.30 | ⬇ 0.30 |
| *Previous* | | | *0.20* | *0.40* |

| Valuation | | | | |
|---|---|---|---|---|
| | 2017A | 2018A | 2019E | 2020E |
| P/Rev | 0.9x | 1.1x | 1.0x | 1.0x |
| EV/Rev | 0.5x | 0.7x | 0.6x | 0.6x |
| FY P/E | 13.7x | NM | 40.7x | 40.7x |

| Market Data | |
|---|---|
| 52-Week Range: | $19.30 - $10.21 |
| Total Entprs. Value | $359.4M |
| Avg. Daily Value MM ($) | 3.34 |
| Insider Ownership | 1.2% |
| Institutional Ownership | 97.9% |
| Float (%) | 98.6% |

| Financial Summary | |
|---|---|
| Book Value/Share | $9.34 |
| Return on Avg. Equity | 3.5% |
| Long-Term Debt (MM) | $0.0 |
| Dividend Yield | 3.0% |
| Cash & ST Invest. (MM) | $225.0 |

## The Long View

### Scenarios

#### Base Case

- Organic sales growth remains fairly flattish with some additional growth coming from M&A deals (SmartRG, Sumitomo EPON, etc.).
- CenturyLink and Windstream continue building out CAF-II broadband expansions while investments in non-CAF projects slow modestly.
- ADTRAN's G.Fast project at AT&T remains relatively small – for both in-region and out-of-region deployments. Also, the company doesn't win much share in Verizon's NG-PON2 project. Alcatel-Lucent/ Nokia remains the incumbent supplier of broadband access gear at both accounts. Telmex picks up in 2019.
- 2020 Tangible Book Value/Shr: $9.14; Target Multiple: 1.5x 2020 Tangible Book Value/Shr; PT = $13.50

#### Upside Scenario

- ADTRAN penetrates AT&T and Verizon for sizable new investment programs. They are awarded NG-PON2 business at Verizon with the carrier beginning initial deployments in 2019. G.Fast becomes a major effort at AT&T – particularly as they use G.Fast to help bundle/ sell DirecTV service out of region.
- Latin America / Telmex recovers from past regulatory issues and the Australian NBN project becomes a significant new customer for Adtran.
- Gross margins return to mid-40s driven by product mix, manufacturing efficiency gains, and volume.
- 2020 Tangible Book Value/Shr: $10.00; Target Multiple: 1.6x 2020 Tangible Book Value/Shr; PT = $16.00

#### Downside Scenario

- CenturyLink, Windstream, and Frontier temper their broadband investments given Balance Sheet pressures and a refocusing of their businesses on enterprise customers. Cable MSOs continue to win significant broadband subscribers away from these ADTRAN customers.
- The AT&T/G.fast project takes longer-than-expected to materialize and/or stalls out as AT&T refocuses on FTTP (rather than G.Fast) solutions. The Verizon NG-PON2 project goes to Calix and/or scales very slowly for ADTRAN.
- 2020 Tangible Book Value/Shr: $8.00; Target Multiple: 1.3x 2020 Tangible Book Value/Shr; PT = $10.00

### Investment Thesis / Where We Differ

- While the organization has promoted new potential revenue opportunities such as AT&T, NBN, and Verizon, we're inclined to wait until these programs are generating revenue (and ramping) before baking them into our model.

### Catalysts

- New potential project wins (and ramping sales) with AT&T, Verizon, and NBN.

---

Please see important disclosure information on pages 8 - 13 of this report.

2

Provided for the exclusive use of Robert Jigarjian on 20-Dec-2019 11:59 PM



## Better Q2 Profitability…

Adtran's results met Q2 top line expectations while EPS performance exceeded consensus on better gross margins and lower operating expenses. Sales totaled $156.4 million (+22% Y/Y, +9% Q/Q) although some of the Y/Y growth is coming inorganically (via the SmartRG acquisition).

## Deutsche Telekom Bugaboo – Poor Q3 Guidance…

Looking at Q3, Adtran is guiding for $130-150 million in sales. That's a big shortfall (Street = $160.1 million). Adtran is indicating that Deutsche Telekom (DTE GR, Underperform) spent too much on recent 5G spectrum auctions and it's impacting their current spending plans. Of course, the operator spent €2.1 billion in 5G spectrum auctions that concluded in June. Also, we note that DT – following the auction – expressly stated that the price of the spectrum was high and it could impact their spending. Also, Deutsche Telekom – before the auction – had planned to cover 99% of the German population with 5G services by the end of 2025. That included a commitment to spend €5.5 billion in capex annually (although we suspect this is largely a re-purposing of 4G capex dollars into 5G). Adtran expects the slow spending at DT to remain through the end of the year. They'll get a revised forecast for 1H'20 in Q4. From our perspective, we're a bit concerned that DT's appetite for Broadband/DSL infrastructure spending could remain subdued due to their ongoing commitments for 5G wireless spending.

## Is it Just Deutsche Telekom?

Frankly, the Q3 guidance is even more disappointing as many investors thought they were set up for nice 2H'19 growth. For example, Adtran had expected their business with the NBN project in Australia to grow in 2H'19 as they ramped Phase 2 of their broadband deployment efforts. Also, Adtran hoped to break into additional applications at NBN beyond ADSL2/G.fast. Similarly, they expected their business at Telmex to be up in 2H'19 versus 1H'19. Their largest U.S. customer – i.e. CenturyLink – was also expected to grow seasonally throughout the year. Finally, they were looking for growth in their cable MSO business. In total, their revenue guidance cut certainly doesn't seem to be getting back-filled by growth with these non-DT customers.

## Structural Headwinds with North American Telcos…

We've articulated this in the past… Our fear is that the core business remains pressured by the difficult competitive and financial situations at significant accounts like CenturyLink, Windstream, and Frontier. These operators – in our view – will continue to be challenged to match the DOCSIS 3.1 / 1G-based broadband offerings from the cable MSOs. Further, they'll continue to lose broadband subscribers. Also, we believe these operators – to a great degree – have strategically pivoted their businesses away from Consumer Broadband offerings (and toward Enterprises). The Level 3 and Earthlink acquisitions by CenturyLink and Windstream respectively provide good evidence for our view. We note that Adtran's $75 million domestic sales result for the quarter remained consistent with the depressed North American results they've been reporting recently – particularly in light of the recent acquisitions (which should be primarily domestic revenue).

Provided for the exclusive use of Robert Jigarjian on 20-Dec-2019 11:59 PM

# Jefferies

## Gross Margins Aren't Going Back to Historical Levels…

We've stated this previously as well… We believe that their margin performance is directly tied to the health of their North American business. **Chart 1** shows the mixture of Adtran's Domestic business plotted alongside the company's gross margin profile. Notice that the two lines are highly correlated. In our view, it seems that their U.S.-based customers are significantly more profitable versus the International side of the company. Per our conversation above, we don't expect these customers to rebound significantly over time. As a result, it's hard to see Adtran really breaking out of the current profitability range they're generating from the business.

**Chart 1 - Adtran's Margins are Driven by their Domestic Customer Base…**



Source: Company Reports, Jefferies Research

## Expensive or Not?

On an EV/Sales basis, the shares currently trade for 0.6x EV / 2020 sales. That compares favorably with the company's historical average forward EV / Sales multiple. Historically, the business has traded closer to 1.0x EV / Sales. Also, there's Balance Sheet support here. The company had $225 million in cash at June quarter-end. The shares trade at 1.3x tangible book value – also a relatively cheap valuation at face value. Of course, it's still hard to make an EPS-based argument for buying the stock. We note that – based on our revised numbers – the business trades at 28x our 2020 EPS projection (base business valuation – i.e. ex-cash and excluding the associated Interest Income). Also, much of the EPS power is coming from their Other Income line – where they've recently been getting benefit from unrealized investment gains and proceeds from insurance contracts. While we're not assuming that Adtran's unrealized gains on investments are persistent, our forward-looking model – for 2020 – still has Other Income making up nearly three-quarters of the company's Pre-tax Income. Similarly, we note that Free Cash Flow for the business has been minimal at negative $14 million over the past two years in aggregate.

Provided for the exclusive use of Robert Jigarjian on 20-Dec-2019 11:59 PM



## Reducing Estimates – PT to $13.50…

We're reducing our 2020 revenue and EPS projections from $625 million and $0.40 to $586 million and $0.30, respectively. Our Price Target is now $13.50, or 1.5x tangible book value. We continue to rate the shares a Hold.

---

Please see important disclosure information on pages 8 - 13 of this report.

5

Provided for the exclusive use of Robert Jigarjian on 20-Dec-2019 11:59 PM



**EQUITY RESEARCH**
**ADTRAN, Inc. (ADTN)**

**Exhibit 1 - ADTRAN P&L Model**

## ADTRAN, Inc. (Income Statement -- data in millions, except per share)

| | Mar Q1'17 | Jun Q2'17 | Sep Q3'17 | Dec Q4'17 | Mar Q1'18 | Jun Q2'18 | Sep Q3'18 | Dec Q4'18 | Mar Q1'19 | Jun Q2'19 | SepE Q3'19 | DecE Q4'19 | MarE Q1'20 | JunE Q2'20 | SepE Q3'20 | DecE Q4'20 | 2016 | 2017 | 2018 | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | $170.3 | $184.7 | $185.1 | $126.5 | $120.8 | $128.0 | $140.3 | $140.1 | $143.8 | $156.4 | $139.3 | $134.2 | $137.1 | $154.0 | $155.0 | $139.5 | $636.8 | $666.6 | $529.3 | $573.8 | $585.7 |
| Cost of sales | $96.4 | $99.9 | $98.5 | $67.6 | $78.5 | $77.1 | $81.4 | $84.0 | $82.0 | $90.3 | $80.4 | $78.8 | $79.6 | $88.9 | $88.3 | $79.5 | $343.5 | $362.5 | $321.2 | $331.6 | $336.3 |
| Sales, general & administration | $33.7 | $33.6 | $33.5 | $30.2 | $30.5 | $30.1 | $29.3 | $26.4 | $32.7 | $30.9 | $29.4 | $29.1 | $30.7 | $31.6 | $31.8 | $31.4 | $127.7 | $131.1 | $116.3 | $122.2 | $125.5 |
| Research and development | $30.1 | $31.9 | $32.2 | $30.4 | $30.1 | $29.6 | $28.9 | $30.1 | $29.8 | $30.2 | $29.0 | $29.9 | $29.5 | $29.9 | $30.1 | $29.7 | $119.4 | $124.6 | $118.7 | $119.0 | $119.2 |
| Operating income | $10.1 | $19.2 | $20.8 | (1.7) | (18.3) | (8.9) | $0.6 | (0.4) | (0.7) | $4.9 | $0.5 | (3.6) | (2.7) | $3.7 | $4.9 | (1.1) | $46.2 | $48.5 | (26.9) | $1.0 | $4.8 |
| | | | | | | | | | | | | | | | | | | | | | |
| Other income (expenses) | $1.3 | $1.4 | $0.9 | $3.3 | $2.7 | $1.6 | $5.4 | (6.8) | $7.4 | $3.1 | $3.2 | $3.2 | $3.2 | $3.3 | $3.3 | $3.3 | $8.8 | $7.0 | $2.8 | $16.9 | $13.1 |
| Pretax income | $11.4 | $20.7 | $21.7 | $1.7 | (15.6) | (7.3) | $6.0 | (7.2) | $6.7 | $8.0 | $3.7 | (0.4) | $0.5 | $7.0 | $8.2 | $2.2 | $55.0 | $55.4 | (24.1) | $18.0 | $17.9 |
| | | | | | | | | | | | | | | | | | | | | | |
| Taxes | $2.5 | $6.3 | $4.0 | (0.8) | (1.4) | (2.7) | (3.8) | (1.6) | $1.8 | $1.1 | $0.6 | (0.1) | $0.1 | $1.4 | $1.6 | $0.4 | $13.4 | $11.9 | (9.4) | $3.5 | $3.6 |
| Net income | $8.9 | $14.4 | $17.8 | $2.5 | (14.2) | (4.6) | $9.8 | (5.7) | $4.9 | $6.920 | $3.0 | (0.4) | $0.4 | $5.6 | $6.6 | $1.8 | $41.6 | $43.5 | (14.7) | $14.5 | $14.3 |
| | | | | | | | | | | | | | | | | | | | | | |
| Stock Compensation Expense | $1.5 | $1.9 | $1.4 | $1.4 | $1.4 | $1.8 | $1.3 | $1.5 | $1.4 | $1.3 | $1.3 | $1.3 | $1.3 | $1.4 | $1.4 | $1.4 | $6.0 | $6.2 | $6.1 | $5.2 | $5.5 |
| Adjusted Net income (Incl. Share Comp) | $7.4 | $12.6 | $16.3 | $1.1 | (15.6) | (6.4) | $8.5 | (7.2) | $3.5 | $5.7 | $1.8 | (1.7) | (0.9) | $4.2 | $5.2 | $0.3 | $35.7 | $37.4 | (20.7) | $9.3 | $8.8 |
| | | | | | | | | | | | | | | | | | | | | | |
| **Earnings per share** | **$0.18** | **$0.30** | **$0.37** | **$0.05** | **(0.29)** | **(0.10)** | **$0.21** | **(0.12)** | **$0.10** | **$0.14** | **$0.06** | **(0.01)** | **$0.01** | **$0.12** | **$0.14** | **$0.04** | **$0.85** | **$0.89** | **(0.31)** | **$0.30** | **$0.30** |
| *Adjusted EPS (Including Share Comp)* | *$0.15* | *$0.26* | *$0.34* | *$0.02* | *(0.32)* | *(0.13)* | *$0.18* | *(0.15)* | *$0.07* | *$0.12* | *$0.04* | *(0.03)* | *(0.02)* | *$0.09* | *$0.11* | *$0.01* | *$0.73* | *$0.77* | *(0.43)* | *$0.19* | *$0.19* |
| | | | | | | | | | | | | | | | | | | | | | |
| Shares outstanding | 48.9 | 48.4 | 48.5 | 48.9 | 48.3 | 47.9 | 47.8 | 47.7 | 47.9 | 47.9 | 47.7 | 47.6 | 47.5 | 47.4 | 47.3 | 47.1 | 49.0 | 48.7 | 47.9 | 47.8 | 47.3 |
| **MARGIN ANALYSIS** | | | | | | | | | | | | | | | | | | | | | |
| Gross profit margin | 43.4% | 45.9% | 46.8% | 46.6% | 35.0% | 39.8% | 42.0% | 40.0% | 43.0% | 42.2% | 42.3% | 41.3% | 41.9% | 42.3% | 43.1% | 43.0% | 46.1% | 45.6% | 39.3% | 42.2% | 42.6% |
| Sales, general & administration | 19.8% | 18.2% | 18.1% | 23.9% | 25.2% | 23.5% | 20.9% | 18.8% | 22.8% | 19.8% | 21.1% | 21.7% | 22.4% | 20.5% | 20.5% | 22.5% | 20.0% | 19.7% | 22.0% | 21.3% | 21.4% |
| Research and development | 17.7% | 17.3% | 17.4% | 24.0% | 24.9% | 23.2% | 20.6% | 21.5% | 20.8% | 19.3% | 20.8% | 22.3% | 21.5% | 19.4% | 19.4% | 21.3% | 18.7% | 18.7% | 22.4% | 20.7% | 20.3% |
| Operating income | 5.9% | 10.4% | 11.3% | -1.3% | -15.1% | -6.9% | 0.5% | -0.3% | -0.5% | 3.1% | 0.4% | -2.7% | -2.0% | 2.4% | 3.2% | -0.8% | 7.3% | 7.3% | -5.1% | 0.2% | 0.8% |
| Tax Rate | 22.0% | 30.3% | 18.3% | -50.8% | 9.2% | 36.7% | -62.2% | 21.6% | 27.3% | 13.7% | 17.5% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 24.3% | 21.5% | 39.1% | 19.4% | 20.0% |
| Net income | 5.2% | 7.8% | 9.6% | 2.0% | -11.7% | -3.6% | 7.0% | -4.0% | 3.4% | 4.4% | 2.2% | -0.3% | 0.3% | 3.6% | 4.2% | 1.3% | 6.5% | 6.5% | -2.8% | 2.5% | 2.4% |
| | | | | | | | | | | | | | | | | | | | | | |
| **Qtr/Qtr Sales** | 4.5% | 8.5% | 0.2% | -31.7% | -4.5% | 6.0% | 9.6% | -0.2% | 2.6% | 8.8% | -10.9% | -3.7% | 2.1% | 12.4% | 0.6% | -10.0% | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| **YEAR/YEAR** | | | | | | | | | | | | | | | | | | | | | |
| Sales | 19.7% | 13.5% | 9.6% | -22.4% | -29.1% | -30.7% | -24.2% | 10.7% | 19.0% | 22.1% | -0.7% | -4.2% | -4.7% | -1.5% | 11.3% | 4.0% | 6.1% | 4.7% | -20.6% | 8.4% | 2.1% |
| Operating income | 32.6% | 14.5% | 45.7% | -122.2% | -282.0% | -146.1% | -96.9% | -75.3% | -95.9% | -155.2% | -19.7% | 779.7% | 258.8% | -24.2% | 844.5% | -69.2% | 82.1% | 4.8% | -155.6% | -103.8% | 369% |
| Net income | 32.9% | 19.9% | 38.3% | -75.3% | -260.1% | -132.1% | -44.8% | -327.2% | -134.3% | -249.6% | -69.0% | -93.8% | -91.1% | -19.5% | 116.0% | -601.8% | 50.2% | 4.5% | -133.7% | -198.7% | -1.0% |
| EPS | 34.2% | 21.4% | 38.7% | -75.4% | -262.2% | -132.5% | -44.0% | -332.8% | -134.6% | -249.7% | -69.0% | -93.8% | -91.0% | -18.7% | 118.2% | -606.8% | 57.3% | 5.1% | -134.2% | -199.0% | -0.1% |
| **BALANCE SHEET DATA** | | | | | | | | | | | | | | | | | | | | | |
| Cash | $299.4 | $295.8 | $296.6 | $232.8 | $255.5 | $250.8 | $244.3 | $217.6 | $225.6 | $225.0 | | | | | | | | | | | |
| Days sales outstanding | 45 | 39 | 49 | 102 | 60 | 54 | 65 | 64 | 62 | 67 | | | | | | | | | | | |
| Headcount | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | | | | |

Source: Jefferies Research, Company Data

Provided for the exclusive use of Robert Jigarjian on 20-Dec-2019 11:59 PM

# Jefferies

**Exhibit 2 - ADTRAN Balance Sheet**

## ADTRAN, Inc. (Balance Sheet -- data in millions, except per share)

| | Mar Q1'17 | Jun Q2'17 | Sep Q3'17 | Dec Q4'17 | Mar Q1'18 | Jun Q2'18 | Sep Q3'18 | Dec Q4'18 | Mar Q1'19 | Jun Q2'19 | SepE Q3'19 | DecE Q4'19 | MarE Q1'20 | JunE Q2'20 | SepE Q3'20 | DecE Q4'20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | | | | |
| Cash | 299.4 | 295.8 | 296.6 | 232.8 | 255.5 | 250.8 | 244.3 | 217.6 | 225.6 | 225.0 | 238.2 | 246.7 | 245.0 | 239.9 | 241.8 | 256.9 |
| Trade Receivables | 85.4 | 79.9 | 101.6 | 143.8 | 80.9 | 76.1 | 101.9 | 99.4 | 99.0 | 116.7 | 100.6 | 92.5 | 94.4 | 97.6 | 103.4 | 93.0 |
| Other Receivables | 13.4 | 14.6 | 18.5 | 22.7 | 34.7 | 28.2 | 30.1 | 36.7 | 34.6 | 25.0 | 27.9 | 26.8 | 27.4 | 30.8 | 31.0 | 27.9 |
| Inventories | 112.8 | 114.0 | 116.2 | 122.5 | 120.0 | 120.5 | 106.1 | 99.8 | 93.6 | 96.4 | 91.2 | 88.4 | 86.7 | 93.8 | 90.2 | 81.3 |
| Other | 17.8 | 23.6 | 23.1 | 17.5 | 9.7 | 9.5 | 10.4 | 10.7 | 9.7 | 8.9 | 9.0 | 9.1 | 9.2 | 9.3 | 9.4 | 9.5 |
| Total current assets | 528.8 | 527.8 | 556.1 | 539.4 | 500.8 | 485.1 | 492.8 | 464.2 | 462.5 | 471.9 | 466.9 | 463.5 | 462.7 | 471.3 | 475.7 | 468.6 |
| | | | | | | | | | | | | | | | | |
| Property and equipment | 83.5 | 84.1 | 85.7 | 85.1 | 83.9 | 82.9 | 81.5 | 80.6 | 79.5 | 78.8 | 77.1 | 75.3 | 73.6 | 71.8 | 70.1 | 68.3 |
| Other | 51.4 | 53.6 | 50.3 | 37.0 | 54.3 | 68.0 | 71.1 | 83.1 | 90.6 | 83.3 | 83.3 | 83.3 | 83.3 | 83.3 | 83.3 | 83.3 |
| Goodwill | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 0.0 | 0.0 | 7.0 | 7.0 | 7.0 | 7.0 | 7.0 | 7.0 | 7.0 |
| Total Assets | 667.2 | 669.0 | 695.6 | 665.0 | 642.4 | 639.6 | 648.8 | 628.0 | 632.6 | 641.0 | 634.2 | 629.1 | 626.6 | 633.4 | 636.1 | 627.2 |
| | | | | | | | | | | | | | | | | |
| **LIABILITIES** | | | | | | | | | | | | | | | | |
| Accounts payable | 74.3 | 66.2 | 73.1 | 60.5 | 50.7 | 60.2 | 65.0 | 61.1 | 60.1 | 63.8 | 62.5 | 62.0 | 62.9 | 67.6 | 67.6 | 63.3 |
| Unearned Revenue | 17.0 | 15.4 | 13.7 | 13.1 | 13.9 | 14.3 | 17.0 | 17.9 | 15.2 | 12.9 | 12.9 | 12.9 | 12.9 | 12.9 | 12.9 | 12.9 |
| Accrued expenses | 15.0 | 13.4 | 15.1 | 13.2 | 13.8 | 14.8 | 14.5 | 11.7 | 14.0 | 14.3 | 13.9 | 13.8 | 14.0 | 15.0 | 15.0 | 14.1 |
| Accrued Wages & benefits | 12.2 | 16.3 | 15.3 | 15.9 | 15.9 | 14.9 | 12.6 | 14.8 | 15.1 | 19.1 | 15.3 | 15.2 | 15.4 | 16.5 | 16.5 | 15.5 |
| Income tax payable, net | 3.1 | 9.6 | 7.7 | 0.1 | 7.7 | 11.9 | 14.3 | 12.5 | 11.8 | 9.7 | 10.2 | 10.7 | 11.1 | 9.9 | 10.5 | 10.5 |
| Current long-term/accrued liabilities/other | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 25.6 | 25.6 | 25.6 | 25.6 | 25.6 | 25.6 | 25.6 | 25.6 |
| Total current liabilities | 121.6 | 120.9 | 124.9 | 102.8 | 102.0 | 116.1 | 123.5 | 118.0 | 141.9 | 145.5 | 140.4 | 140.2 | 141.8 | 147.6 | 148.1 | 141.9 |
| | | | | | | | | | | | | | | | | |
| Other Long Term Liabilities | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Non-current Unearned Revenue | 5.7 | 5.4 | 4.9 | 4.6 | 4.2 | 3.6 | 3.8 | 5.3 | 4.5 | 4.3 | 3.8 | 3.5 | 3.1 | 2.8 | 2.5 | 2.3 |
| Other Non-current Liabilities | 30.9 | 32.5 | 34.8 | 33.9 | 34.6 | 34.6 | 32.3 | 33.8 | 42.7 | 44.2 | 43.7 | 43.2 | 42.9 | 44.1 | 43.4 | 43.4 |
| Long-term obligations | 26.8 | 26.8 | 26.8 | 25.6 | 25.6 | 25.6 | 25.6 | 24.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total Liabilities | 185.0 | 185.6 | 191.4 | 166.9 | 166.3 | 179.9 | 185.2 | 181.7 | 189.1 | 194.0 | 187.9 | 186.9 | 187.8 | 194.4 | 194.0 | 187.5 |
| | | | | | | | | | | | | | | | | |
| **EQUITY** | | | | | | | | | | | | | | | | |
| Total shareholders equity | $482.2 | $483.4 | $504.2 | $498.2 | $476.1 | $459.6 | $463.6 | $446.3 | $443.5 | $447.0 | $446.3 | $442.2 | $438.8 | $439.0 | $442.0 | $439.6 |
| Total liab & shrhldrs equity | $667.2 | $669.0 | $695.6 | $665.0 | $642.4 | $639.6 | $648.8 | $628.0 | $632.6 | $641.0 | $634.2 | $629.1 | $626.6 | $633.4 | $636.1 | $627.2 |
| | | | | | | | | | | | | | | | | |
| **LIQUIDITY** | | | | | | | | | | | | | | | | |
| Current Ratio | 4.35 | 4.36 | 4.45 | 5.24 | 4.91 | 4.18 | 3.99 | 3.93 | 3.26 | 3.24 | | | | | | |
| Quick Ratio | 3.16 | 3.11 | 3.19 | 3.66 | 3.30 | 2.82 | 2.80 | 2.69 | 2.29 | 2.35 | | | | | | |
| | | | | | | | | | | | | | | | | |
| **SOLVENCY** | | | | | | | | | | | | | | | | |
| Debt to Capital | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.00 | 0.00 | | | | | | |
| Debt to Assets | 0.04 | 0.04 | 0.04 | 0.04 | 0.04 | 0.04 | 0.04 | 0.04 | 0.00 | 0.00 | | | | | | |
| Return on Equity | 9.2% | 9.7% | 10.4% | 8.9% | 4.3% | 0.3% | -1.3% | -3.1% | 1.0% | 3.5% | | | | | | |
| Return on Assets | 6.8% | 7.1% | 7.6% | 6.5% | 3.1% | 0.2% | -1.0% | -2.3% | 0.7% | 2.5% | | | | | | |
| **ASSET UTILIZATION** | | | | | | | | | | | | | | | | |
| Days Sales Outstanding | 45 | 39 | 49 | 102 | 60 | 54 | 65 | 64 | 62 | 67 | 65 | 62 | 62 | 57 | 60 | 60 |
| Days Inventory | 105 | 103 | 106 | 163 | 138 | 141 | 117 | 107 | 103 | 96 | 102 | 101 | 98 | 95 | 92 | 92 |
| Days Payables | 69 | 60 | 67 | 81 | 58 | 70 | 72 | 65 | 66 | 64 | | | | | | |
| Sales to Current Assets | 0.3 | 0.3 | 0.3 | 0.2 | 0.2 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | | | | | | |
| Sales to Working Capital | 0.4 | 0.5 | 0.4 | 0.3 | 0.3 | 0.3 | 0.4 | 0.4 | 0.4 | 0.5 | | | | | | |
| Sales to Equity | 0.4 | 0.4 | 0.4 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | | | | | | |
| Sales to Total Assets | 0.3 | 0.3 | 0.3 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | | | | | | |
| Book value per share | $9.85 | $9.98 | $10.39 | $10.18 | $9.86 | $9.60 | $9.69 | $9.35 | $9.27 | $9.34 | | | | | | |
| Cash per share | $6.18 | $6.09 | $6.06 | $4.82 | $5.33 | $5.24 | $5.12 | $4.55 | $4.72 | $4.71 | | | | | | |

Source: Jefferies Research, Company Data

Please see important disclosure information on pages 8 - 13 of this report.

7

Provided for the exclusive use of Robert Jigarjian on 20-Dec-2019 11:59 PM



## Company Description

**ADTRAN**

ADTRAN, Inc. is a leading provider of ADvanced TRANsmission products for high-speed digital communications. The Company employs a unique strategy of continually redesigning and improving existing products and passing the savings on to customers in the form of lower pricing. This heavy emphasis on value engineering has allowed it to compete more aggressively in the marketplace and generate above-industry average margin structures. Adtran has three major business segments. In the Carrier Systems business (70% of sales), Adtran supplies Broadband Access (such as DSLAMs and FTTN products) and Optical Access equipment to the RBOCs, interexchange carriers, CLECs, many of the 1,100 independent telephone companies in the United States, as well as a number of carriers internationally. Within its Loop Access division (5% of sales), Adtran supplies products to both Carrier and Enterprise customers that are used to provide access to copper-based networks. Loop Access includes the company"s HDSL segment, which is driven by growth in enterprise T1 subscriptions as well as wireless backhaul applications. Finally, in the Business Networking division (25% of sales), Adtran provides enterprise customers with product such as Integrated Access Devices as well as Internetworking products, which include IP access routers, ethernet switches, IP PBXs, and other gear. Adtran generated sales of $600 million in 2015. The company is based in Huntsville, Alabama.

## Company Valuation/Risks

**ADTRAN**

Risks: 1) deteriorating wireline operator financials – and the corresponding decline in their appetite for DSL investments; and 2) customer concentration. Our $13.50 PT is based on a 1.5x YE '20 Tangible Book Value (of $9.14). We're using tangible book-based valuation metrics given the lack of EPS power and the remaining Balance Sheet support for the stock. The 1.5x figure seems appropriate as Adtran continues to generate some cash.

**Deutsche Telekom**

Our PT of €12.1 is derived from a DCF-based SOTP valuation and corresponds to 6.3x 2019e EV/EBITDA. Risks to the upside include potentially easing competitive pressure in German fixed, which might enable DTE to sustainably stabilise market share, DTE withstanding political pressures to ramp in FTTH/B in Germany, less competition in German mobile, a potential strategic solution to scale issues at TMUS, and restructuring potential at T-Systems and GHS.

## Analyst Certification:

I, George C. Notter, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Kyle McNealy, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Steven Sarver, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Investment Recommendation Record

**(Article 3(1)e and Article 7 of MAR)**

| | |
|---|---|
| Recommendation Published | July 18, 2019 , 16:38 ET. |
| Recommendation Distributed | July 18, 2019 , 16:38 ET. |

## Company Specific Disclosures

Provided for the exclusive use of Robert Jigarjian on 20-Dec-2019 11:59 PM

# Jefferies

Jefferies makes a market in Deutsche Telekom.

Martin Hammerschmidt holds a long equity position in Deutsche Telekom.

Jefferies Group LLC makes a market in the securities or ADRs of ADTRAN, Inc.

## Explanation of Jefferies Ratings

Buy - Describes securities that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.

Hold - Describes securities that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.

Underperform - Describes securities that we expect to provide a total return (price appreciation plus yield) of minus 10% or less within a 12-month period.

The expected total return (price appreciation plus yield) for Buy rated securities with an average security price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% or less within a 12-month period.

NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.

CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

Monitor - Describes securities whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

## Valuation Methodology

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

### Jefferies Franchise Picks

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.

## Risks which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.

Please see important disclosure information on pages 8 - 13 of this report.

Provided for the exclusive use of Robert Jigarjian on 20-Dec-2019 11:59 PM

# Jefferies

## Other Companies Mentioned in This Report

- Deutsche Telekom (DTE GR: €14.87, UNDERPERFORM)





Martin Hammerschmidt holds a long equity position in Deutsche Telekom.

**Notes:** Each box in the Rating and Price Target History chart above represents actions over the past three years in which an analyst initiated on a company, made a change to a rating or price target of a company or discontinued coverage of a company.

Legend:

I: Initiating Coverage

D: Dropped Coverage

B: Buy

H: Hold

UP: Underperform

## Distribution of Ratings

| Distribution of Ratings | | | | | | |
|---|---|---|---|---|---|---|
| | | | IB Serv./Past12 Mos. | | JIL Mkt Serv./Past12 Mos. | |
| | Count | Percent | Count | Percent | Count | Percent |
| BUY | 1151 | 54.06% | 94 | 8.17% | 14 | 1.22% |
| HOLD | 840 | 39.46% | 21 | 2.50% | 3 | 0.36% |
| UNDERPERFORM | 138 | 6.48% | 1 | 0.72% | 0 | 0.00% |

---

Please see important disclosure information on pages 8 - 13 of this report.

Provided for the exclusive use of Robert Jigarjian on 20-Dec-2019 11:59 PM

# Jefferies

**Other Important Disclosures**

Jefferies does business and seeks to do business with companies covered in its research reports, and expects to receive or intends to seek compensation for investment banking services among other activities from such companies. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Group LLC ("Jefferies") group companies:

**United States:** Jefferies LLC which is an SEC registered broker-dealer and a member of FINRA (and distributed by Jefferies Research Services, LLC, an SEC registered Investment Adviser, to clients paying separately for such research).

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: Vintners Place, 68 Upper Thames Street, London EC4V 3BJ; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Suite 2201, 22nd Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Hibiya Marine Bldg, 3F, 1-5-1 Yuraku-cho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), licensed by the Securities and Exchange Board of India for: Stock Broker (NSE & BSE) INZ000243033, Research Analyst INH000000701 and Merchant Banker INM000011443, located at 42/43, 2 North Avenue, Maker Maxity, Bandra-Kurla Complex, Bandra (East), Mumbai 400 051.

This report was prepared by personnel who are associated with Jefferies (Jefferies International Limited, Jefferies Hong Kong Limited, Jefferies Singapore Limited, Jefferies (Japan) Limited, Jefferies India Private Limited); or by personnel who are associated with both Jefferies LLC and Jefferies Research Services LLC ("JRS"). Jefferies LLC is a US registered broker-dealer and is affiliated with JRS, which is a US registered investment adviser. JRS does not create tailored or personalized research and all research provided by JRS is impersonal. If you are paying separately for this research, it is being provided to you by JRS. Otherwise, it is being provided by Jefferies LLC. Jefferies LLC, JRS, and their affiliates are collectively referred to below as "Jefferies". Jefferies may seek to do business with companies covered in this research report. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only one of many factors in making their investment decisions. Specific conflict of interest and other disclosures that are required by FINRA and other rules are set forth in this disclosure section.

* * *

If you are receiving this report from a non-US Jefferies entity, please note the following: Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, as amended, this material is distributed in the United States by Jefferies LLC, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited ("JIL") and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed.

JIL allows its analysts to undertake private consultancy work. JIL's conflicts management policy sets out the arrangements JIL employs to manage any potential conflicts of interest that may arise as a result of such consultancy work. Jefferies LLC, JIL and their affiliates, may make a market or provide liquidity in the financial instruments referred to in this report; and where they do make a market, such activity is disclosed specifically in this report under "company specific disclosures".

For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "Designated Institution" as defined by the Securities Act (Ontario). In Singapore, Jefferies Singapore Limited ("JSL") is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, this material is provided by JSL pursuant to Regulation 32C of

Provided for the exclusive use of Robert Jigarjian on 20-Dec-2019 11:59 PM

# Jefferies

the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act (Cap. 289 of Singapore). If there are any matters arising from, or in connection with this material, please contact JSL, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Japan, this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the People's Republic of China ("PRC"). This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India, this report is made available by Jefferies India Private Limited. In Australia, this information is issued solely by JIL and is directed solely at wholesale clients within the meaning of the Corporations Act 2001 of Australia (the "Act"), in connection with their consideration of any investment or investment service that is the subject of this document. Any offer or issue that is the subject of this document does not require, and this document is not, a disclosure document or product disclosure statement within the meaning of the Act. JIL is authorised and regulated by the Financial Conduct Authority under the laws of the United Kingdom, which differ from Australian laws. JIL has obtained relief under Australian Securities and Investments Commission Class Order 03/1099, which conditionally exempts it from holding an Australian financial services license under the Act in respect of the provision of certain financial services to wholesale clients. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, and their respective officers, directors, and employees, may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. This material is provided solely for informational purposes and is not tailored to any recipient, and is not based on, and does not take into account, the particular investment objectives, portfolio holdings, strategy, financial situation, or needs of any recipient. As such, any advice or recommendation in this report may not be suitable for a particular recipient. Jefferies assumes recipients of this report are capable of evaluating the information contained herein and of exercising independent judgment. A recipient of this report should not make any investment decision without first considering whether any advice or recommendation in this report is suitable for the recipient based on the recipient's particular circumstances and, if appropriate or otherwise needed, seeking professional advice, including tax advice. Jefferies does not perform any suitability or other analysis to check whether an investment decision made by the recipient based on this report is consistent with a recipient's investment objectives, portfolio holdings, strategy, financial situation, or needs

By providing this report, neither JRS nor any other Jefferies entity accepts any authority, discretion, or control over the management of the recipient's assets. Any action taken by the recipient of this report, based on the information in the report, is at the recipient's sole judgment and risk. The recipient must perform his or her own independent review of any prospective investment. If the recipient uses the services of Jefferies LLC (or other affiliated broker-dealers), in connection with a purchase or sale of a security that is a subject of these materials, such broker-dealer may act as principal for its own accounts or as agent for another person. Only JRS is registered with the SEC as an investment adviser; and therefore neither Jefferies LLC nor any other Jefferies affiliate has any fiduciary duty in connection with distribution of these reports.

The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This report has been prepared independently of any issuer of securities mentioned herein and not as agent of any issuer of securities. No Equity Research personnel have authority whatsoever to make any representations or warranty on behalf of the issuer(s). Any comments or statements made herein are those of the Jefferies entity producing this report and may differ from the views of other Jefferies entities. This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Jefferies does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the

Provided for the exclusive use of Robert Jigarjian on 20-Dec-2019 11:59 PM



use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Neither Jefferies nor any third-party content provider shall be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Jefferies research reports are disseminated and available electronically, and, in some cases, also in printed form. Electronic research is simultaneously made available to all clients. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Jefferies. Neither Jefferies nor any of its respective directors, officers or employees, is responsible for guaranteeing the financial success of any investment, or accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents. Nothing herein shall be construed to waive any liability Jefferies has under applicable U.S. federal or state securities laws.

For Important Disclosure information relating to JRS, please see https://adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=483878 and https://adviserinfo.sec.gov/Firm/292142 or visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action, or www.jefferies.com, or call 1.888.JEFFERIES.

© 2019 Jefferies Group LLC

Provided for the exclusive use of Robert Jigarjian on 20-Dec-2019 11:59 PM