# Exhibit C

AlphaSense Highlighted Document

# Adtran Inc (ADTN)

With DT Pause and E&O Review, ADTN Has Become a Show-Me Story, but Sell Off Was Overdone

19-Jul-19  SSRFS

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.



**Michael Genovese**, Managing Director
(203) 340-5194  mgenovese@mkmpartners.com

Earnings Review,  Price Target Change

## Technology: Communications Equipment

# ADTRAN, Inc. (ADTN, Buy, $17.00)

## With DT Pause and E&O Review, ADTN Has Become a Show-Me Story, but Sell Off Was Overdone

### July 19, 2019

#### Key Data

| | |
|---|---|
| Rating | Buy |
| 12-Mo Price Target | $17.00 |
| | Prior $20.00 |
| Current Price | $12.13 |
| 52-Wk Range | $19.30 - $10.21 |
| Avg. Vol. (3m) | 361 |
| Dividend | 0.36 |
| Dividend Yield | 2.97% |
| Shares Out (mn) | 47.8 |
| Market Cap (mn) | 579.9 |
| Enterprise Value (mn) | $407.6 |
| Total Cash (mn) | $225.0 |
| Total Debt (mn) | $44.2 |
| Total Debt/Cap | 6.9% |
| Fiscal Year End | Dec. |

#### Profitability & Valuation

| | 2018A | 2019E | 2020E |
|---|---|---|---|
| EBITDA (mn) | (11.6) | 78.3 | 125.0 |
| EV/EBITDA Adj. | | 5.2x | 3.3x |
| EV/EBITDA Adj. | (34.7)x | 5.2x | 3.2x |

#### Price Performance



ADTRAN, Inc.
S&P 500 (SPX)

Source: Factset

- **Adtran has become a show-me story**. Yesterday's earnings report was a setback for Adtran. It has become a show-me story because 1) Its accounting practices to determine excess and obsolete inventory reserves are under review and there could be restatements; 2) The 3Q19 revenue guidance was weak due to an infrastructure spending pause at 10+% customer Deutcshe Telecom (DTE, not rated); and 3) The company has a lot of exciting U.S.-focused growth drivers expected to inflect in 2020, such as Tier 1 Telco, Cable MSO and CAF.   However, these big new opportunities are not expected to move the needle much in 2H19.  All of that said, we think the 23% sell off in ADTN yesterday, versus major indices flat, was an overreaction.

- **Reiterating Buy rating because of the opportunities**. Adtran delivered solid in-line 2Q19 operating results, and an EPS beat, despite having little current business with the two largest U.S. Telcos. Its three 10+% customers in 2Q19 were CenturyLink (CTL, not rated), DT and Telmex. While 3Q19 guidance was soft due to DT, there are a lot of potentially interesting and large new U.S.-focused opportunities for 2020. These include small current EPON projects with the three largest Cable MSOs that could turn into large Remote EPON deployments in 1H20.   Adtran is also currently negotiating with both the two largest U.S. Telcos for expanded Broadband Access deployments that could start around 2Q20. Finally, there are positive developments in the CAF market for Adtran related to new requirements that go in effect in early 2020 to have products with performance measurement testing.

- **In-line 2Q19 results**. Total 2Q19 revenues came in up 22% y/y to $154.6mn, which was exactly in line. Revenues from Fiber Access solutions grew 34% y/y in 1H19, driven by the 10G Access cycle. 2Q19 was the first quarter ever in which Adtran derived more revenues from international customers, at 52% of total, than domestic, which is a testament to the ongoing diversification of the business. The company's 2Q19 revenues, GMs and operating profit all exactly matched our estimates. EPS came in at $0.14, or $0.04 ahead of our expectation, due to below the line items.

- **E&O inventory accounting review**. Adtran noted that its reported 2Q19 results are preliminary, and certain items could be subject to restatement, because it is assessing the reasonableness of its excess & obsolete inventory reserves. The company is working to finalize the analysis and determine if any restatements are needed.  The CFO noted that any potential changes would not affect previously reported revenue, operating expenses or other income but could affect gross profit, gross margin, operating income, tax rate, net income, and earnings per share. The CFO also said any changes would likely not be "significant."

- **Weak 3Q19 guidance due to infrastructure spend pause at DT**. Management guided 3Q19 revenues to $130mn-$150mn, compared to our prior $158mn forecast. The forecast is weaker than originally expected because of a pause on Access gear spending, which may be a broader infrastructure spending pause as well, at major customer DT.  Last month DT spent more than $2bn on spectrum for 5G, and it appears that it will lay out less on equipment for the rest of 2019 as a result. Adtran management is confident DT spending on Access equipment will return in early 2020 based on its conversations with the customer.   Other vendors we follow do not have the same high level of DT exposure, as a percentage of revenues, as ADTN.

- **Lowering PT to $17**. We are reducing our 12-month price target to $17, from $20, based on 1.0x EV-to-2020E sales, down from 1.2x previously.

| Revenue (mn) | Q1 | Q2 | Q3 | Q4 | Year | Mult | EPS (FD) Diluted | Q1 | Q2 | Q3 | Q4 | Year | Mult |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018A | 120.8 | 128.0 | 140.3 | 140.1 | 529.3 | 1.1x | 2018A | ($0.29) | ($0.10) | $0.21 | ($0.12) | ($0.31) | NM |
| 2019E | 143.8A | 156.4A | 140.6E | 130.8E | 571.5E | 1.0x | 2019E | $0.10A | $0.14A | $0.04E | $0.03E | $0.31E | 38.5x |
| *MKM Prior (E)* | | | *158.0E* | *143.8E* | *601.9E* | *1.3x* | *MKM Prior (E)* | | | *$0.14E* | *$0.06E* | *$0.41E* | *29.6x* |
| 2020E | 26.9E | 34.0E | 164.1E | 154.3E | 613.6E | 0.9x | 2020E | $0.00E | $0.16E | $0.20E | $0.12E | $0.48E | 25.2x |
| *MKM Prior (E)* | *146.0E* | *164.9E* | *169.1E* | *156.4E* | *636.4E* | *1.2x* | *MKM Prior (E)* | *($0.00)E* | *$0.16E* | *$0.21E* | *$0.17E* | *$0.54E* | *22.3x* |

Headquarters: 300 First Stamford Place, 4th Floor East, Stamford, CT 06902
Member FINRA and SIPC. Additional Information on all of our research calls is available upon request.
**See pages  4-5 for analyst certification and important disclosures.**

Provided for the exclusive use of Robert Jigarjian at Hagens Berman, et al on 20-Dec-2019 11:56 PM

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.



**ADTN: With DT Pause and E&O Review, ADTN Has Become a Show-Me Story, but Sell Off Was Overdone**

**2Q19 ACTUALS VS. ESTIMATES**

US$ (mn)

| Fiscal Period | 2Q18 | 1Q19 | 2Q19 | 2Q19E | Y/Y | Q/Q | vs. MKM E |
|---|---|---|---|---|---|---|---|
| Sales | $128.0 | $143.8 | $156.4 | $156.4 | 22.1% | 8.8% | 0.0% |
| Gross Margin | 39.8% | 43.0% | 42.8% | 42.8% | 3.0% | (0.2%) | (0.1%) |
| Total oper. exp. | $59.8 | $60.5 | $62.0 | $62.1 | 3.6% | 2.5% | (0.2%) |
| Operating Margin | (6.9%) | 0.9% | 3.1% | 3.1% | 10.1% | 2.2% | 0.0% |
| Earnings per share | ($0.10) | $0.10 | $0.14 | $ 0.10 | | | |
| | | | | | | | |
| **Total Revenues** | | | | | | | |
| Access and Aggregation | $84.7 | $99.8 | $109.4 | $108.8 | 29.1% | 9.6% | 0.6% |
| Customer Devices | $34.6 | $36.8 | $40.5 | $39.7 | 17.2% | 10.2% | 2.0% |
| Traditional and Other Products | $8.7 | $7.3 | $6.5 | $7.9 | (26.0%) | (10.9%) | (18.3%) |

*Sources: Company Reports and MKM Partners*

**CHANGING ESTIMATES**

US$ (mn)

| Fiscal Period | 3Q19E | | | 2019E | | | 2020E | | |
|---|---|---|---|---|---|---|---|---|---|
| | Old | New | % change | Old | New | % change | Old | New | % change |
| Sales | $158.0 | $140.6 | (11.0%) | $601.9 | $571.5 | (5.0%) | $636.4 | $613.6 | (3.6%) |
| Gross Margin | 42.8% | 42.8% | (0.1%) | 43.3% | 42.9% | (0.5%) | 43.7% | 43.3% | (0.4%) |
| Total oper. exp. | $62.7 | $59.8 | (4.6%) | $246.9 | $239.4 | (3.0%) | $255.5 | $248.1 | (2.9%) |
| Operating Margin | 3.9% | (0.0%) | (3.9%) | 2.3% | 1.0% | (1.3%) | 3.6% | 2.9% | (0.7%) |
| Earnings per share | $0.14 | $0.04 | (72.0%) | $0.41 | $0.31 | (23.2%) | $0.54 | $0.48 | (11.2%) |

*Source: MKM Partners*

**RISKS**    Key risks to our thesis include:

- Carriers may ultimately allocate a smaller portion of CAF II funds to broadband access equipment than we forecast.

- New projects at CTL and VZ and in international markets may be pushed out or fail to drive growth as soon as we expect.

- A further weakening of the Euro relative to the U.S. dollar could continue to pressure margins and cause Adtran's results to fall short of our estimates.

- The macro environment could significantly deteriorate.

- Alternative technologies such as fixed wireless broadband could negatively impact Adtran's market opportunity over time.

Provided for the exclusive use of Robert Jigarjian at Hagens Berman, et al on 20-Dec-2019 11:56 PM

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.



ADTN: With DT Pause and E&O Review, ADTN Has Become a Show-Me Story, but Sell Off Was Overdone

**ADTN INCOME STATEMENT**

| US$ (mn) Calendar Month | Mar | Jun | Sep | Dec | Mar | Jun | Sep | Dec | Mar | Jun | Sep | Dec | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Period | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 1Q19 | 2Q19 | 3Q19E | 4Q19E | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2018 | 2019E | 2020E |
| **Sales** | $120.8 | $128.0 | $140.3 | $140.1 | $143.8 | $156.4 | $140.6 | $130.8 | $137.3 | $157.8 | $164.1 | $154.3 | $529.3 | $571.5 | $613.6 |
| Cost of goods sold | 78.5 | 77.1 | 81.4 | 84.0 | 82.0 | 89.5 | 80.8 | 74.3 | 79.4 | 89.8 | 92.1 | 86.4 | 321.2 | 326.6 | 347.7 |
| Gross profit | 42.3 | 50.9 | 58.9 | 56.1 | 61.8 | 66.9 | 59.8 | 56.5 | 57.9 | 68.0 | 72.1 | 68.0 | 208.1 | 245.0 | 266.0 |
| Selling, general and admin | 33.5 | 32.1 | 30.8 | 28.1 | 35.1 | 33.6 | 31.3 | 30.1 | 30.8 | 31.9 | 32.3 | 32.4 | 124.4 | 130.2 | 127.4 |
| Research and development | 32.8 | 30.7 | 29.9 | 31.1 | 31.6 | 32.1 | 31.5 | 30.1 | 32.4 | 32.7 | 33.6 | 34.0 | 124.5 | 125.3 | 132.7 |
| Other operating exp/(inc) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (1.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (1.2) | 0.0 |
| Total oper. exp. | 60.6 | 59.8 | 58.3 | 56.5 | 60.5 | 62.0 | 59.8 | 57.2 | 60.2 | 61.5 | 63.0 | 63.4 | 235.1 | 239.4 | 248.1 |
| Operating income | (18.3) | (8.9) | 0.6 | (0.4) | 1.4 | 4.9 | (0.0) | (0.7) | (2.3) | 6.5 | 9.1 | 4.6 | (27.0) | 5.6 | 17.9 |
| Interest expense | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.5) | (0.5) | (0.5) |
| Other non-operating inc/(exp) | 14.1 | 1.7 | 5.5 | (6.7) | 7.4 | 3.0 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 14.7 | 15.3 | 10.0 |
| Earnings before taxes | (15.6) | (7.3) | 6.0 | (7.2) | 6.7 | 7.8 | 2.4 | 1.7 | 0.1 | 8.9 | 11.5 | 7.0 | (24.2) | 18.5 | 27.4 |
| Income tax expense | (1.4) | (2.7) | 3.8 | (1.3) | 1.8 | 0.9 | 0.4 | 0.3 | 0.0 | 1.3 | 1.7 | 1.0 | (1.6) | 3.4 | 4.1 |
| **Net income** | ($14.2) | ($4.6) | $9.8 | ($5.9) | $4.9 | $6.9 | $1.9 | $1.4 | $0.1 | $7.5 | $9.7 | $5.9 | ($14.9) | $15.1 | $23.3 |
| **Earnings per share** | ($0.29) | ($0.10) | $0.21 | ($0.12) | $0.10 | $0.14 | $0.04 | $0.03 | $0.00 | $0.16 | $0.20 | $0.12 | ($0.31) | $0.31 | $0.48 |
| Avg diluted shares out (mn) | 48.3 | 47.9 | 47.8 | 47.7 | 47.9 | 48.0 | 48.1 | 48.1 | 48.2 | 48.2 | 48.3 | 48.3 | 47.9 | 48.0 | 48.3 |
| **Margins** | | | | | | | | | | | | | | | |
| Gross Margin | 35.0% | 39.8% | 42.0% | 40.0% | 43.0% | 42.8% | 42.6% | 43.2% | 42.2% | 43.1% | 43.9% | 44.0% | 39.3% | 42.9% | 43.3% |
| Selling, general and admin | 27.8% | 25.1% | 21.9% | 20.0% | 24.4% | 21.5% | 22.3% | 23.0% | 22.4% | 20.2% | 19.7% | 21.0% | 23.5% | 22.8% | 20.8% |
| Research and development | 27.2% | 24.0% | 21.3% | 22.2% | 22.0% | 20.5% | 22.4% | 23.0% | 23.6% | 20.7% | 20.5% | 22.0% | 23.5% | 21.9% | 21.6% |
| Total oper. exp. | 50.1% | 46.7% | 41.6% | 40.3% | 42.0% | 39.6% | 42.6% | 43.7% | 43.8% | 39.0% | 38.4% | 41.1% | 44.4% | 41.9% | 40.4% |
| Operating Margin | (15.1%) | (6.9%) | 0.4% | (0.3%) | 0.9% | 3.1% | (0.0%) | (0.5%) | (1.7%) | 4.1% | 5.5% | 3.0% | (5.1%) | 1.0% | 2.9% |
| Income tax expense | 9.2% | 36.7% | 64.0% | 18.0% | 27.3% | 11.6% | 18.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 6.6% | 18.4% | 15.0% |
| Net income | (11.7%) | (3.6%) | 7.0% | (4.2%) | 3.4% | 4.4% | 1.4% | 1.1% | 0.1% | 4.8% | 5.9% | 3.8% | (2.8%) | 2.6% | 3.8% |

Source: Company reports and MKM Partners estimates

Provided for the exclusive use of Robert Jigarjian at Hagens Berman, et al on 20-Dec-2019 11:56 PM

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

 ADTN: With DT Pause and E&O Review, ADTN Has Become a Show-Me Story, but Sell Off Was Overdone



**Rating and Price Target History for: ADTRAN, Inc. (ADTN) as of 07-17-2019**

| 01/19/17 B:$27.5 | 04/20/17 B:$26.5 | 07/20/17 B:$27 | 12/29/17 B:$25 | 04/04/18 B:$21 | 04/18/18 B:$20 | 07/19/18 B:$21 | 09/12/18 B:$22 | 12/20/18 B:$17 | 01/25/19 B:$18 | 04/18/19 B:$20 |

Power by: BlueMatrix

**Valuation Methodology:**

ADTN: Our 12-month price target of $17 is based on 1.0x EV to 2020E sales.

**Risks:**

ADTN: There are always risks that the target price for any security will not be realized.  In addition to general market and macroeconomic risks, for ADTN, these risks include, among other things: (1) Carriers may ultimately allocate a smaller portion of CAF II funds to broadband access equipment than we forecast; (2) New projects at CTL, VZ and in international markets may be pushed out or fail to drive growth as soon as we expect; (3) A further weakening of the Euro relative to the U.S. dollar could continue to pressure margins and cause Adtran's results to fall short of our estimates; (4) The macro environment could significantly deteriorate; (5) Alternative technologies such as fixed wireless broadband could negatively impact Adtran's market opportunity over time.

**Explanation of MKM Partners Rating System**

"Buy" Security is expected to appreciate 15% or more on an absolute basis in the next 12 months.

"Neutral" Security is not expected to significantly appreciate or depreciate in value in the next 12 months.

"Sell" Security is expected to depreciate 15% or more on an absolute basis in the next 12 months.

**Investment Risks:** Risks associated with the achievement of revenue and earnings projections and price targets include, but are not limited to, unforeseen macroeconomic and/or industry events that weaken demand for the subject company's products or services, product obsolescence, changes in investor sentiment regarding the company or industry, the company's ability to retain or recruit competent personnel and market conditions. For a complete discussion of risk factors that could affect the market price of the securities, refer to the most recent 10-Q or 10-K filed with the SEC.

| Distribution of Ratings MKM Partners, Equity Research | | | | |
| --- | --- | --- | --- | --- |
| | | | Investment Banking Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY [ BUY ] | 51 | 60.00 | 0 | 0 |
| HOLD [ NEUTRAL ] | 34 | 40.00 | 0 | 0 |
| SELL [ SELL ] | 0 | 0.00 | 0 | 0 |

**Analyst Certification**

I, Michael Genovese, certify that the views expressed in this research report about securities and issuers accurately reflect my personal views. I further certify that there has not been, is not, and will not be direct or indirect compensation from MKM Partners LLC or the subject company(ies) related to the specific recommendations or views in this report.

Provided for the exclusive use of Robert Jigarjian at Hagens Berman, et al on 20-Dec-2019 11:56 PM

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

 **PARTNERS**    ADTN: With DT Pause and E&O Review, ADTN Has Become a Show-Me Story, but Sell Off Was Overdone

**Important Disclosures**

Michael Genovese (including his/her/their household) does not have a financial interest in the securities of the subject company(ies). The Firm has not engaged in transactions with issuers identified in the report.  MKM Partners LLC does not make a market in the subject company(ies). The subject company(ies) is(are) not currently, nor for the past 12 months was(were), a client(s) of the Firm.   The research analyst does not serve as an officer, director or advisory board member of the company(ies) and receives no compensation from it(them).

This report has been prepared by MKM Partners LLC.   It does not constitute an offer or solicitation of any transaction in any securities referred to herein. Any recommendation contained in this report may not be suitable for all investors. Although the information contained herein has been obtained from recognized services, issuer reports or communications, or other services and sources believed to be reliable, its accuracy or completeness cannot be guaranteed.  This report may contain links to third-party websites, and MKM Partners LLC is not responsible for their content or any linked content contained therein.   Such content is not part of this report and is not incorporated by reference into this report. The inclusion of a link in this report does not imply any endorsement by or affiliation with MKM Partners LLC; access to these links is at your own risk.

Any opinions, estimates or projections expressed herein may assume some economic, industry and political considerations and constitute current opinions, at the time of issuance, that are subject to change.   Any quoted price is as of the last trading session unless otherwise noted. Foreign currency rates of exchange may adversely affect the value, price or income of any security or financial instrument mentioned in this report. Investors in such securities and instruments, including ADRs, effectively assume currency risk.

This information is being furnished to you for informational purposes only, and on the condition that it will not form a primary basis for any investment decision. Investors must make their own determination of the appropriateness of an investment in any securities referred to herein based on the applicable legal, tax and accounting considerations and their own investment strategies. By virtue of this publication, neither the Firm nor any of its employees shall be responsible for any investment decision.   This information is intended for institutional clients only.

This communication may involve technical and/or event-driven analysis.   Technical analysis solely examines the past trading history of a security to arrive at anticipated market fluctuations.    Technical and event-driven analyses do not consider the fundamentals of an underlying security and therefore offer an incomplete picture of the value or potential value of a security.   Customers should not rely on technical or event-driven analysis alone in making an investment decision, but should review all publicly available information regarding the security(ies), including, but not limited to, the fundamentals of the underlying security(ies) and other information provided in any filings with the Securities Exchange Commission (SEC).

MKM Partners LLC has multiple analysts, and their views may differ from time to time. We encourage readers to call with any questions. This report may contain a short-term trading idea or recommendation that highlights a specific near-term catalyst or event that is anticipated to have a short-term effect on the equity securities of the subject company(ies). Short-term trading ideas and recommendations are different from and do not affect a stock's fundamental equity rating, which reflects a longer-term total return expectation. Short-term trading ideas and recommendations may be more or less positive than a stock's fundamental equity rating. Any discussions of legal proceedings or issues are not and do not express any, legal conclusion, opinion or advice; investors should consult their own legal advisers as to issues of law relating to the subject matter of this report.

Regarding the use of instant messages (IMs) and e-mail, you consent to the following: IMs or e-mail sent from or received by MKM Partners LLC employees are presumed to contain confidential or proprietary information and are intended only for the designated recipient(s). If you are not the designated recipient, please inform the sender that you received this e-mail or IM in error and do not use, copy or disseminate its contents. MKM Partners LLC and its analysts may from time to time make informal technical, fundamental and economic comments on IM and e-mail.

Additional information on all of our research calls is available upon request.   MKM Partners LLC is a U.S. registered broker-dealer and a member of FINRA and SIPC.

Provided for the exclusive use of Robert Jigarjian at Hagens Berman, et al on 20-Dec-2019 11:56 PM

©2017, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.