# Exhibit E

## ADTRAN STOCK PRICES DURING CLASS PERIOD

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 2/28/2019 | $15.06 | $15.14 | $14.88 | $15.02 | 333,400 |
| 3/1/2019 | $15.06 | $15.26 | $14.95 | $15.20 | 333,900 |
| 3/4/2019 | $15.25 | $15.40 | $15.09 | $15.30 | 469,700 |
| 3/5/2019 | $15.33 | $15.40 | $14.86 | $14.91 | 194,500 |
| 3/6/2019 | $14.87 | $14.94 | $14.58 | $14.66 | 295,800 |
| 3/7/2019 | $14.62 | $14.70 | $14.39 | $14.65 | 306,800 |
| 3/8/2019 | $14.58 | $14.81 | $14.58 | $14.75 | 207,600 |
| 3/11/2019 | $14.76 | $14.85 | $14.62 | $14.81 | 212,000 |
| 3/12/2019 | $14.82 | $14.91 | $14.61 | $14.72 | 216,500 |
| 3/13/2019 | $14.80 | $15.04 | $14.74 | $14.91 | 255,900 |
| 3/14/2019 | $14.94 | $15.04 | $14.76 | $14.77 | 261,700 |
| 3/15/2019 | $14.82 | $14.96 | $14.70 | $14.75 | 448,400 |
| 3/18/2019 | $14.75 | $14.91 | $14.62 | $14.67 | 324,200 |
| 3/19/2019 | $14.72 | $14.81 | $14.47 | $14.54 | 310,200 |
| 3/20/2019 | $14.50 | $14.59 | $14.36 | $14.42 | 191,500 |
| 3/21/2019 | $14.40 | $14.70 | $14.35 | $14.65 | 264,000 |
| 3/22/2019 | $14.53 | $14.66 | $14.04 | $14.04 | 297,700 |
| 3/25/2019 | $14.05 | $14.19 | $13.87 | $14.06 | 228,200 |
| 3/26/2019 | $14.13 | $14.31 | $14.03 | $14.17 | 208,200 |
| 3/27/2019 | $14.14 | $14.14 | $13.75 | $14.02 | 150,400 |
| 3/28/2019 | $14.02 | $14.22 | $13.88 | $13.95 | 173,800 |
| 3/29/2019 | $14.02 | $14.06 | $13.68 | $13.70 | 338,100 |
| 4/1/2019 | $13.81 | $14.20 | $13.76 | $14.17 | 391,900 |
| 4/2/2019 | $14.20 | $14.33 | $14.04 | $14.07 | 142,000 |
| 4/3/2019 | $14.15 | $14.29 | $14.10 | $14.15 | 252,600 |
| 4/4/2019 | $14.19 | $14.25 | $14.10 | $14.13 | 156,700 |
| 4/5/2019 | $14.14 | $14.29 | $14.05 | $14.09 | 322,000 |
| 4/8/2019 | $14.04 | $14.25 | $13.85 | $14.19 | 314,600 |
| 4/9/2019 | $14.15 | $14.64 | $14.10 | $14.33 | 654,500 |
| 4/10/2019 | $14.20 | $14.37 | $14.11 | $14.29 | 331,400 |
| 4/11/2019 | $14.37 | $14.40 | $14.19 | $14.24 | 199,500 |
| 4/12/2019 | $14.29 | $14.45 | $14.15 | $14.39 | 225,700 |
| 4/15/2019 | $14.39 | $14.45 | $14.16 | $14.24 | 117,900 |
| 4/16/2019 | $14.28 | $14.71 | $14.22 | $14.69 | 507,900 |
| 4/17/2019 | $14.78 | $14.85 | $14.39 | $14.55 | 249,200 |
| 4/18/2019 | $15.00 | $16.67 | $15.00 | $16.59 | 2,056,500 |
| 4/22/2019 | $16.97 | $17.58 | $16.65 | $17.44 | 722,800 |
| 4/23/2019 | $17.41 | $17.70 | $17.35 | $17.63 | 862,500 |
| 4/24/2019 | $17.49 | $17.81 | $17.11 | $17.78 | 395,600 |
| 4/25/2019 | $17.63 | $17.65 | $17.23 | $17.25 | 287,400 |
| 4/26/2019 | $17.14 | $17.29 | $16.97 | $17.26 | 402,100 |
| 4/29/2019 | $17.22 | $17.53 | $17.15 | $17.17 | 406,000 |
| 4/30/2019 | $17.18 | $17.43 | $17.03 | $17.14 | 445,800 |

## ADTRAN STOCK PRICES DURING CLASS PERIOD

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 5/1/2019 | $17.06 | $17.56 | $16.89 | $17.04 | 639,400 |
| 5/2/2019 | $16.94 | $17.23 | $16.90 | $17.17 | 206,100 |
| 5/3/2019 | $17.16 | $17.29 | $16.86 | $17.18 | 292,100 |
| 5/6/2019 | $16.88 | $17.08 | $16.67 | $17.06 | 186,700 |
| 5/7/2019 | $16.81 | $16.93 | $16.55 | $16.73 | 971,900 |
| 5/8/2019 | $16.61 | $16.84 | $16.45 | $16.51 | 286,800 |
| 5/9/2019 | $16.27 | $16.48 | $16.15 | $16.41 | 858,200 |
| 5/10/2019 | $16.22 | $16.39 | $16.12 | $16.38 | 173,700 |
| 5/13/2019 | $16.05 | $16.13 | $15.81 | $15.99 | 1,376,000 |
| 5/14/2019 | $16.06 | $16.36 | $15.86 | $16.34 | 148,200 |
| 5/15/2019 | $16.22 | $16.52 | $16.22 | $16.43 | 521,800 |
| 5/16/2019 | $16.45 | $16.65 | $16.29 | $16.34 | 398,600 |
| 5/17/2019 | $16.20 | $16.37 | $16.09 | $16.19 | 343,700 |
| 5/20/2019 | $16.05 | $16.20 | $15.85 | $15.95 | 132,400 |
| 5/21/2019 | $16.02 | $16.11 | $15.95 | $16.10 | 621,100 |
| 5/22/2019 | $16.06 | $16.48 | $16.05 | $16.38 | 657,100 |
| 5/23/2019 | $16.24 | $16.34 | $16.09 | $16.16 | 685,800 |
| 5/24/2019 | $16.30 | $16.46 | $16.25 | $16.32 | 545,800 |
| 5/28/2019 | $16.34 | $16.47 | $15.94 | $15.97 | 160,600 |
| 5/29/2019 | $15.88 | $15.88 | $15.62 | $15.74 | 960,900 |
| 5/30/2019 | $15.80 | $16.05 | $15.76 | $16.03 | 150,200 |
| 5/31/2019 | $15.84 | $15.93 | $15.59 | $15.68 | 237,400 |
| 6/3/2019 | $15.64 | $15.90 | $15.64 | $15.80 | 291,700 |
| 6/4/2019 | $15.99 | $16.41 | $15.93 | $16.27 | 530,500 |
| 6/5/2019 | $16.35 | $16.39 | $15.97 | $16.09 | 211,100 |
| 6/6/2019 | $16.17 | $16.42 | $15.77 | $16.38 | 576,700 |
| 6/7/2019 | $16.49 | $16.71 | $16.40 | $16.54 | 382,200 |
| 6/10/2019 | $16.57 | $16.67 | $16.28 | $16.36 | 145,500 |
| 6/11/2019 | $16.49 | $16.57 | $16.27 | $16.31 | 332,100 |
| 6/12/2019 | $16.26 | $16.34 | $16.01 | $16.11 | 107,200 |
| 6/13/2019 | $16.17 | $16.53 | $16.13 | $16.41 | 392,100 |
| 6/14/2019 | $16.32 | $16.36 | $16.02 | $16.20 | 169,700 |
| 6/17/2019 | $16.19 | $16.67 | $16.19 | $16.47 | 202,600 |
| 6/18/2019 | $16.60 | $16.99 | $16.59 | $16.69 | 197,600 |
| 6/19/2019 | $16.72 | $16.78 | $16.35 | $16.52 | 236,100 |
| 6/20/2019 | $16.71 | $16.92 | $16.38 | $16.52 | 168,000 |
| 6/21/2019 | $16.45 | $16.45 | $16.02 | $16.06 | 656,600 |
| 6/24/2019 | $16.06 | $16.06 | $15.61 | $15.62 | 230,100 |
| 6/25/2019 | $15.60 | $15.82 | $15.36 | $15.40 | 378,500 |
| 6/26/2019 | $15.49 | $15.75 | $15.36 | $15.39 | 273,600 |
| 6/27/2019 | $15.40 | $15.62 | $15.04 | $15.10 | 258,400 |
| 6/28/2019 | $15.13 | $15.40 | $15.00 | $15.25 | 592,300 |
| 7/1/2019 | $15.47 | $15.47 | $15.09 | $15.28 | 321,000 |
| 7/2/2019 | $15.25 | $15.37 | $15.07 | $15.20 | 270,300 |

## ADTRAN STOCK PRICES DURING CLASS PERIOD

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 7/3/2019 | $15.17 | $15.41 | $15.05 | $15.37 | 192,900 |
| 7/5/2019 | $15.25 | $15.39 | $14.98 | $15.36 | 152,800 |
| 7/8/2019 | $15.28 | $15.34 | $15.09 | $15.22 | 146,400 |
| 7/9/2019 | $15.12 | $15.63 | $15.12 | $15.62 | 237,800 |
| 7/10/2019 | $15.59 | $15.88 | $15.59 | $15.63 | 175,400 |
| 7/11/2019 | $15.63 | $15.79 | $15.47 | $15.68 | 185,300 |
| 7/12/2019 | $15.65 | $15.92 | $15.58 | $15.72 | 279,100 |
| 7/15/2019 | $15.73 | $15.92 | $15.57 | $15.86 | 251,800 |
| 7/16/2019 | $15.83 | $15.93 | $15.70 | $15.75 | 195,200 |
| 7/17/2019 | $15.71 | $15.87 | $15.59 | $15.82 | 294,500 |
| 7/18/2019 | $15.96 | $16.40 | $11.86 | $12.13 | 3,144,400 |
| 7/19/2019 | $12.10 | $12.23 | $11.28 | $11.53 | 1,183,800 |
| 7/22/2019 | $11.51 | $11.73 | $11.39 | $11.43 | 691,600 |
| 7/23/2019 | $11.49 | $11.58 | $11.20 | $11.32 | 411,500 |
| 7/24/2019 | $11.27 | $11.33 | $11.10 | $11.21 | 417,700 |
| 7/25/2019 | $11.20 | $11.33 | $11.03 | $11.07 | 329,500 |
| 7/26/2019 | $11.13 | $11.45 | $11.08 | $11.43 | 344,200 |
| 7/29/2019 | $11.37 | $11.58 | $11.33 | $11.37 | 306,900 |
| 7/30/2019 | $11.28 | $11.45 | $11.17 | $11.35 | 357,600 |
| 7/31/2019 | $11.29 | $11.53 | $11.07 | $11.11 | 370,600 |
| 8/1/2019 | $11.10 | $11.37 | $10.84 | $10.95 | 338,500 |
| 8/2/2019 | $10.82 | $10.82 | $10.56 | $10.78 | 211,600 |
| 8/5/2019 | $10.58 | $10.86 | $10.50 | $10.79 | 287,600 |
| 8/6/2019 | $10.81 | $11.09 | $10.69 | $11.07 | 268,000 |
| 8/7/2019 | $10.95 | $11.11 | $10.51 | $11.08 | 185,600 |
| 8/8/2019 | $11.18 | $11.31 | $11.09 | $11.21 | 333,300 |
| 8/9/2019 | $11.21 | $11.23 | $10.93 | $11.03 | 139,600 |
| 8/12/2019 | $10.96 | $11.12 | $10.86 | $11.09 | 241,500 |
| 8/13/2019 | $10.97 | $11.36 | $10.96 | $11.19 | 178,700 |
| 8/14/2019 | $11.01 | $11.05 | $10.87 | $10.88 | 234,700 |
| 8/15/2019 | $10.89 | $10.93 | $10.55 | $10.59 | 278,000 |
| 8/16/2019 | $10.70 | $10.86 | $10.67 | $10.75 | 164,400 |
| 8/19/2019 | $10.88 | $11.11 | $10.88 | $11.06 | 188,600 |
| 8/20/2019 | $11.05 | $11.09 | $10.65 | $10.79 | 206,300 |
| 8/21/2019 | $10.88 | $10.94 | $10.71 | $10.86 | 219,900 |
| 8/22/2019 | $10.89 | $11.07 | $10.72 | $10.72 | 145,500 |
| 8/23/2019 | $10.66 | $10.66 | $10.17 | $10.25 | 359,000 |
| 8/26/2019 | $10.36 | $10.42 | $10.07 | $10.28 | 502,500 |
| 8/27/2019 | $10.34 | $10.40 | $10.03 | $10.11 | 227,200 |
| 8/28/2019 | $10.04 | $10.30 | $9.92 | $10.19 | 174,900 |
| 8/29/2019 | $10.31 | $10.56 | $10.28 | $10.50 | 169,300 |
| 8/30/2019 | $10.53 | $10.55 | $10.24 | $10.27 | 320,700 |
| 9/3/2019 | $10.24 | $10.33 | $10.01 | $10.13 | 234,800 |
| 9/4/2019 | $10.17 | $10.31 | $10.03 | $10.10 | 335,600 |

### ADTRAN STOCK PRICES DURING CLASS PERIOD

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 9/5/2019 | $10.24 | $10.67 | $10.24 | $10.63 | 386,900 |
| 9/6/2019 | $10.64 | $10.75 | $10.57 | $10.68 | 138,100 |
| 9/9/2019 | $10.72 | $10.88 | $10.65 | $10.77 | 249,400 |
| 9/10/2019 | $10.76 | $11.31 | $10.75 | $11.19 | 408,200 |
| 9/11/2019 | $11.23 | $11.56 | $11.17 | $11.54 | 434,800 |
| 9/12/2019 | $11.52 | $11.55 | $11.13 | $11.22 | 265,900 |
| 9/13/2019 | $11.30 | $11.52 | $11.16 | $11.34 | 272,600 |
| 9/16/2019 | $11.28 | $11.66 | $11.15 | $11.57 | 198,900 |
| 9/17/2019 | $11.53 | $11.62 | $11.38 | $11.58 | 195,200 |
| 9/18/2019 | $11.54 | $11.62 | $11.34 | $11.41 | 188,500 |
| 9/19/2019 | $11.44 | $11.62 | $11.38 | $11.42 | 143,900 |
| 9/20/2019 | $11.45 | $11.66 | $11.39 | $11.47 | 428,400 |
| 9/23/2019 | $11.44 | $11.60 | $11.20 | $11.55 | 143,500 |
| 9/24/2019 | $11.50 | $11.71 | $11.36 | $11.41 | 323,900 |
| 9/25/2019 | $11.41 | $11.73 | $11.31 | $11.70 | 294,100 |
| 9/26/2019 | $11.60 | $11.60 | $11.20 | $11.28 | 140,700 |
| 9/27/2019 | $11.26 | $11.47 | $11.20 | $11.30 | 174,100 |
| 9/30/2019 | $11.37 | $11.42 | $11.24 | $11.35 | 289,800 |
| 10/1/2019 | $11.41 | $11.53 | $11.01 | $11.07 | 186,500 |
| 10/2/2019 | $11.02 | $11.50 | $10.85 | $11.30 | 321,700 |
| 10/3/2019 | $11.22 | $11.37 | $11.01 | $11.29 | 213,700 |
| 10/4/2019 | $11.29 | $11.52 | $11.21 | $11.49 | 181,500 |
| 10/7/2019 | $11.40 | $11.59 | $11.27 | $11.30 | 403,000 |
| 10/8/2019 | $11.25 | $11.34 | $11.00 | $11.05 | 377,700 |
| 10/9/2019 | $11.12 | $11.15 | $10.78 | $10.91 | 278,800 |
| 10/10/2019 | $8.63 | $9.23 | $8.09 | $8.81 | 1,686,300 |