# Exhibit F

**Dr. Reza Adhami**

| Date | Quantity | Price | Amount Paid/ Received | | |
|---|---|---|---|---|---|
| 7/18/2019 | 1000.00 | $15.40 | $15,400.00 | | |
| 7/18/2019 | 1000.00 | $14.03 | $14,030.00 | | |
| 7/18/2019 | 1000.00 | $12.74 | $12,740.00 | | |
| 7/23/2019 | (3000.00) | $11.26 | ($33,780.00) | Trading Loss | $8,390.00 |
| 7/24/2019 | 1000.00 | $11.13 | $11,130.00 | | |
| 7/24/2019 | 1000.00 | $11.17 | $11,170.00 | | |
| 7/25/2019 | 1000.00 | $11.10 | $11,100.00 | | |
| 8/14/2019 | (2000.00) | $10.92 | ($21,840.00) | | |
| 8/26/2019 | (1000.00) | $10.11 | ($10,110.00) | Trading Loss | $1,450.00 |
| Shares Purchased | 2000.00 | Total Amount Paid | $8,390.00 | Total Loss | $9,840.00 |

7/18/2019-7/22/2019 Market adjusts as new news from analysts are reported identifying impacted customer

8/12/209 Partial Disclosure Alleged in Complaint at Paragragh 28.

Both Movants Purchase Same Day 7/18/2019

**Michael Burbridge**

| Date | Quantity | Unit Price | Amount Paid/ Received | |
|---|---|---|---|---|
| 5/22/2019 | 500.00 | $16.42 | $8,209.85 | |
| 5/22/2019 | (100.00) | $16.25 | ($1,625.00) | |
| 5/22/2019 | (300.00) | $16.26 | ($4,878.00) | |
| 5/22/2019 | (100.00) | $16.27 | ($1,627.00) | Undiputably in-and-out before any disclosure. |
| 7/18/2019 | 500.00 | $14.05 | $7,025.00 | |
| 7/18/2019 | 500.00 | $12.25 | $6,125.00 | |
| Shares Purchased | 1000.00 | Total Amount Paid | $13,150.00 | Total Loss Based on 90 Day Look Back Sales Price $3,980.50 |